ROBERT FRAZER
United States Attorney
CHRISTIAN H. CARRARA
Assistant United States Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
(973) 494-6933
christian.carrara2@usdoj.gov
*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ELLEN PLOTKIN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATIONAL CREDIT UNION ADMINISTRATION, *et al.*, <br><br> *Defendants.* | Hon. Jamel K. Semper, U.S.D.J. <br> Hon. Stacey D. Adams, U.S.M.J. <br><br> Civil Action No. 2:26-cv-03861 <br><br> **APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY UNDER LOCAL CIVIL RULE 6.1(b)** |

Federal Defendants make an application for a Clerk's Order extending the time within which they may answer, move, or otherwise respond to Plaintiffs' complaint. Federal Defendants represent that:

1. Federal Defendants have not previously obtained an extension.

2. Plaintiffs served the United States Attorney's Office on April 23, 2026.

3. The time to answer, move, or otherwise reply under Rules 6 and 12(a)(2) expires on June 22, 2026.

4. An extension is requested to July 6, 2026.

Respectfully submitted,

ROBERT FRAZER
United States Attorney


By:   _s/ Christian H. Carrara_
CHRISTIAN H. CARRARA
Assistant United States Attorney


Dated: June 18, 2026

## <u>ORDER</u>

The above applciation is GRANTED this _____ day of _____, 2026.


MELISSA RHOADS, ESQ., Clerk


By:    _____
Deputy Clerk

3