**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5026*
*Direct: (973) 494-6933*
*christian.carrara2@usdoj.gov*

August 10, 2026

**<u>Via ECF</u>**
Hon. Stacey D. Adams, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Plotkin, et al. v. National Credit Union Admin., et al.*,**
**No. 2:26-cv-03861 (JKS) (SDA)**
**Update Regarding Voluntary Dismissal**

Dear Judge Adams:

This Office represents Federal Defendants in the above-captioned Administrative Procedure Act lawsuit. We respectfully write with the consent of Plaintiffs to provide the Court with an update on the status of this case and to request an adjournment of the initial scheduling conference on August 21, 2026.

Pursuant to the Court's July 27, 2026 letter order, ECF 10, the parties conferred on July 30, 2026, regarding the case. Following the parties' conferral, on August 9, 2026, Plaintiffs contacted this Office, stating that they have decided not to move forward with this litigation and asking Federal Defendants to provide a draft stipulation of voluntary dismissal for their review and execution. In light of the foregoing, the parties respectfully request that the Court adjourn the initial scheduling conference scheduled for August 21, 2026, and stay the deadlines in this matter for 30 days, until September 21, 2026, so that the parties may prepare and file a stipulation of voluntary dismissal.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Christian H. Carrara*
CHRISTIAN H. CARRARA
Assistant United States Attorney
*Attorneys for Respondents*