**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELLEN PLOTKIN, *et al.*,<br>*Plaintiffs,*<br>v.<br>NATIONAL CREDIT UNION ADMINISTRATION, *et al.*,<br>*Defendants.* | Hon. Jamel K. Semper, U.S.D.J.<br>Civil Action No. 2:26-cv-03861<br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

It is hereby stipulated by and between Plaintiffs Ellen Plotkin and Alexander Plotkin and Defendants National Credit Union Administration ("NCUA") and Kyle S. Hauptman, in his official capacity as Chairman of the NCUA Board, (collectively, "Federal Defendants"), by and through their respective attorneys, that all claims asserted against Federal Defendants in the Complaint (ECF No. 1) are dismissed without prejudice, due to personal health circumstances that prevent continued litigation at this time, and without costs, attorneys' fees, expenses, or disbursements to any party.

| | |
|---|---|
| | ROBERT FRAZER<br>United States Attorney |
| *s/ Ellen Plotkin*<br>ELLEN PLOTKIN | |
| *s/ Alexander Plotkin*<br>ALEXANDER PLOTKIN<br>*Pro Se* Plaintiffs | *s/ Christian H. Carrara*<br>CHRISTIAN H. CARRARA<br>Assistant United States Attorney<br>*Attorneys for Federal Defendants* |
| Dated: August 16, 2026 | Dated: August 16, 2026 |

So Ordered:

Dated: August ___, 2026

______________________________
HON. JAMEL K. SEMPER
UNITED STATES DISTRICT JUDGE